**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        CHAPTER 13

**Qynesha S. Tolbert**
      DEBTOR                          :        BKY. NO. 21-12992AMC

<u>O R D E R</u>

AND NOW, this _____ day of _____, 2021 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **12/1/2021** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

**Date: November 18, 2021**

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge