## ICare Home Health LLC

ICare Home Health LLC
(201) 529-1438

Pay Period: From 08/21/2021 to 08/27/2021
Pay Date:   09/03/2021          Voucher No. 16635

| Earnings   | Department | Rate    | Hours | Amount   | YTDHrs   | YTDAmt    |
|------------|------------|---------|-------|----------|----------|-----------|
| HOURLY     | 100        | 13.0000 | 9.75  | 126.75   | 1,390.00 | 16,510.12 |
| HOURLY     | 100        | 13.0000 | 10.00 | 130.00   | 1,390.00 | 16,510.12 |
| HOURLY     | 100        | 13.0000 | 10.00 | 130.00   | 1,390.00 | 16,510.12 |
| HOURLY     | 100        | 13.0000 | 10.00 | 130.00   | 1,390.00 | 16,510.12 |
| HOURLY     | 100        | 13.0000 | 0.25  | 3.25     | 1,390.00 | 16,510.12 |
| HOURLY-OT  | 100        | 19.5000 | 9.75  | 190.13   | 1,007.25 | 17,980.36 |
| HOURLY-OT  | 100        | 19.5000 | 9.25  | 180.38   | 1,007.25 | 17,980.36 |
| HOURLY-OT  | 100        | 19.5000 | 10.00 | 195.00   | 1,007.25 | 17,980.36 |
| **Total Gross Pay** | | | 69.00 | $1,085.51 | 2,397.25 | $35,444.23 |

| Taxes       | Exemptions  | Addl. | Amount | Year-To-Date |
|-------------|-------------|-------|--------|--------------|
| Social Sec. |             |       | 67.30  | 2,197.58     |
| Medicare    |             |       | 15.74  | 513.89       |
| Federal     | Single - 2  |       | 103.96 | 3,026.87     |
| PA State    | Single - 0  |       | 33.33  | 1,088.14     |
| PN Local    | Single - 0  |       | 37.43  | 1,237.65     |
| PA SUI EE   |             |       | 0.65   | 21.26        |
| **Total Taxes** | |   | 258.41 | 8,085.39     |

**Net Pay**                              $827.10

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|----------|-------------------|--------------------|------------------|----------------|
| PTO      | 80.00             | 0.00               | 0.00             | 80.00          |

| Direct Deposits | ABA No.    | Account No. | Amount |
|-----------------|------------|-------------|--------|
|                 | XXXXX2306  | XXXXXX8370  | 827.10 |
| **Total Direct Deposit** | | | 827.10 |

**Important Notes**

7

## ICare Home Health LLC

ICare Home Health LLC
(201) 529-1438

Pay Period: From 08/28/2021 to 09/03/2021
Pay Date: 09/10/2021      Voucher No. 16772

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,430.00 | 17,030.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,430.00 | 17,030.12 |
| HOURLY | 100 | 13.0000 | 9.50 | 123.50 | 1,430.00 | 17,030.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,430.00 | 17,030.12 |
| HOURLY | 100 | 13.0000 | 0.50 | 6.50 | 1,430.00 | 17,030.12 |
| HOURLY-OT | 100 | 19.5000 | 9.50 | 185.25 | 1,036.25 | 18,545.86 |
| HOURLY-OT | 100 | 19.5000 | 9.50 | 185.25 | 1,036.25 | 18,545.86 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,036.25 | 18,545.86 |
| **Total Gross Pay** | | | 69.00 | $1,085.50 | 2,466.25 | $36,529.73 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 67.30 | 2,264.88 |
| Medicare | | | 15.74 | 529.63 |
| Federal | Single - 2 | | 103.95 | 3,130.82 |
| PA State | Single - 0 | | 33.32 | 1,121.46 |
| PN Local | Single - 0 | | 37.43 | 1,275.08 |
| PA SUI EE | | | 0.65 | 21.91 |
| **Total Taxes** | | | 258.39 | 8,343.78 |

**Net Pay**       $827.11

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| PTO | 80.00 | 0.00 | 0.00 | 80.00 |

| Direct Deposits | ABA No. | Account No. | | Amount |
|---|---|---|---|---|
| | XXXXX2306 | XXXXXX8370 | | 827.11 |
| **Total Direct Deposit** | | | | 827.11 |

Important Notes

8

## ICare Home Health LLC

ICare Home Health LLC
(201) 529-1438

Pay Period: From 09/04/2021 to 09/10/2021
Pay Date: 09/17/2021      Voucher No. 16912

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| HHA-HOL | 100 | 19.5000 | 10.00 | 195.00 | 20.00 | 390.00 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,460.00 | 17,420.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,460.00 | 17,420.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,460.00 | 17,420.12 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,066.25 | 19,130.86 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,066.25 | 19,130.86 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,066.25 | 19,130.86 |
| **Total Gross Pay** | | | 70.00 | $1,170.00 | 2,546.25 | $37,699.73 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 72.54 | 2,337.42 |
| Medicare | | | 16.97 | 546.60 |
| Federal | Single - 2 | | 122.54 | 3,253.36 |
| PA State | Single - 0 | | 35.92 | 1,157.38 |
| PN Local | Single - 0 | | 40.34 | 1,315.42 |
| PA SUI EE | | | 0.70 | 22.61 |
| **Total Taxes** | | | 289.01 | 8,632.79 |

**Net Pay**    $880.99

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| PTO | 80.00 | 0.00 | 0.00 | 80.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX2306 | XXXXXX8370 | 880.99 |
| **Total Direct Deposit** | | | 880.99 |

**Important Notes**

9

## ICare Home Health LLC

ICare Home Health LLC
(201) 529-1438

Pay Period: From 09/11/2021 to 09/17/2021
Pay Date: 09/24/2021       Voucher No. 17050

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,500.00 | 17,940.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,500.00 | 17,940.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,500.00 | 17,940.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,500.00 | 17,940.12 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,094.75 | 19,686.61 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,094.75 | 19,686.61 |
| HOURLY-OT | 100 | 19.5000 | 8.50 | 165.75 | 1,094.75 | 19,686.61 |
| **Total Gross Pay** | | | 68.50 | $1,075.75 | 2,594.75 | $38,775.48 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 66.70 | 2,404.12 |
| Medicare | | | 15.60 | 562.20 |
| Federal | Single - 2 | | 101.81 | 3,355.17 |
| PA State | Single - 0 | | 33.03 | 1,190.41 |
| PN Local | Single - 0 | | 37.09 | 1,352.51 |
| PA SUI EE | | | 0.65 | 23.26 |
| **Total Taxes** | | | 254.88 | 8,887.67 |

**Net Pay**                                           $820.87

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| PTO | 80.00 | 0.00 | 0.00 | 80.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX2306 | XXXXXX8370 | 820.87 |
| **Total Direct Deposit** | | | 820.87 |

**Important Notes**

10

## ICare Home Health LLC

ICare Home Health LLC
(201) 529-1438

Pay Period: From 09/18/2021 to 09/24/2021
Pay Date: 10/01/2021        Voucher No. 17180

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| HOURLY | 100 | 13.0000 | 9.00 | 117.00 | 1,540.00 | 18,460.12 |
| HOURLY | 100 | 13.0000 | 8.75 | 113.75 | 1,540.00 | 18,460.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,540.00 | 18,460.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,540.00 | 18,460.12 |
| HOURLY | 100 | 13.0000 | 2.25 | 29.25 | 1,540.00 | 18,460.12 |
| HOURLY-OT | 100 | 19.5000 | 7.75 | 151.13 | 1,122.25 | 20,222.87 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,122.25 | 20,222.87 |
| HOURLY-OT | 100 | 19.5000 | 9.75 | 190.13 | 1,122.25 | 20,222.87 |
| **Total Gross Pay** | | | 67.50 | $1,056.26 | 2,662.25 | $39,831.74 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 65.49 | 2,469.61 |
| Medicare | | | 15.32 | 577.52 |
| Federal | Single - 2 | | 97.52 | 3,452.69 |
| PA State | Single - 0 | | 32.43 | 1,222.84 |
| PN Local | Single - 0 | | 36.42 | 1,388.93 |
| PA SUI EE | | | 0.63 | 23.89 |
| **Total Taxes** | | | 247.81 | 9,135.48 |

**Net Pay**    $808.45

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| PTO | 80.00 | 0.00 | 0.00 | 80.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX2306 | XXXXXX8370 | 808.45 |
| **Total Direct Deposit** | | | 808.45 |

Important Notes

11

## ICare Home Health LLC

ICare Home Health LLC
(201) 529-1438

Pay Period: From 09/25/2021 to 10/01/2021
Pay Date:   10/08/2021      Voucher No.  17316

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,580.00 | 18,980.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,580.00 | 18,980.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,580.00 | 18,980.12 |
| HOURLY | 100 | 13.0000 | 9.75 | 126.75 | 1,580.00 | 18,980.12 |
| HOURLY | 100 | 13.0000 | 0.25 | 3.25 | 1,580.00 | 18,980.12 |
| HOURLY-OT | 100 | 19.5000 | 9.75 | 190.13 | 1,151.50 | 20,793.25 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,151.50 | 20,793.25 |
| HOURLY-OT | 100 | 19.5000 | 9.50 | 185.25 | 1,151.50 | 20,793.25 |
| **Total Gross Pay** | | | 69.25 | $1,090.38 | 2,731.50 | $40,922.12 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 67.60 | 2,537.21 |
| Medicare | | | 15.81 | 593.33 |
| Federal | Single - 2 | | 105.03 | 3,557.72 |
| PA State | Single - 0 | | 33.47 | 1,256.31 |
| PN Local | Single - 0 | | 37.60 | 1,426.53 |
| PA SUI EE | | | 0.65 | 24.54 |
| **Total Taxes** | | | 260.16 | 9,395.64 |

**Net Pay**                     $830.22

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| PTO | 80.00 | 0.00 | 0.00 | 80.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX2306 | XXXXXX8370 | 830.22 |
| **Total Direct Deposit** | | | 830.22 |

**Important Notes**

12

## ICare Home Health LLC

ICare Home Health LLC
(201) 529-1438

Pay Period: From 10/02/2021 to 10/08/2021
Pay Date: 10/15/2021      Voucher No. 17454

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,620.00 | 19,500.12 |
| HOURLY | 100 | 13.0000 | 9.75 | 126.75 | 1,620.00 | 19,500.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,620.00 | 19,500.12 |
| HOURLY | 100 | 13.0000 | 7.25 | 94.25 | 1,620.00 | 19,500.12 |
| HOURLY | 100 | 13.0000 | 3.00 | 39.00 | 1,620.00 | 19,500.12 |
| HOURLY-OT | 100 | 19.5000 | 7.00 | 136.50 | 1,177.00 | 21,290.50 |
| HOURLY-OT | 100 | 19.5000 | 8.50 | 165.75 | 1,177.00 | 21,290.50 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,177.00 | 21,290.50 |
| **Total Gross Pay** | | | **65.50** | **$1,017.25** | **2,797.00** | **$41,939.37** |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 63.07 | 2,600.28 |
| Medicare | | | 14.75 | 608.08 |
| Federal | Single - 2 | | 89.28 | 3,647.00 |
| PA State | Single - 0 | | 31.23 | 1,287.54 |
| PN Local | Single - 0 | | 35.08 | 1,461.61 |
| PA SUI EE | | | 0.61 | 25.15 |
| **Total Taxes** | | | **234.02** | **9,629.66** |

**Net Pay**                                              **$783.23**

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| PTO | 80.00 | 0.00 | 0.00 | 80.00 |

| Direct Deposits | ABA No. | Account No. | | Amount |
|---|---|---|---|---|
| | XXXXX2306 | XXXXXX8370 | | 783.23 |
| **Total Direct Deposit** | | | | **783.23** |

**Important Notes**

13

## ICare Home Health LLC

ICare Home Health LLC
(201) 529-1438

Pay Period: From 10/09/2021 to 10/15/2021
Pay Date:   10/22/2021              Voucher No. 17595

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,660.00 | 20,020.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,660.00 | 20,020.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,660.00 | 20,020.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,660.00 | 20,020.12 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,207.00 | 21,875.50 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,207.00 | 21,875.50 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,207.00 | 21,875.50 |
| **Total Gross Pay** | | | 70.00 | **$1,105.00** | 2,867.00 | **$43,044.37** |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 68.51 | 2,668.79 |
| Medicare | | | 16.02 | 624.10 |
| Federal | Single - 2 | | 108.24 | 3,755.24 |
| PA State | Single - 0 | | 33.92 | 1,321.46 |
| PN Local | Single - 0 | | 38.10 | 1,499.71 |
| PA SUI EE | | | 0.66 | 25.81 |
| **Total Taxes** | | | **265.45** | **9,895.11** |

**Net Pay**                                                                 **$839.55**

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| PTO | 80.00 | 0.00 | 0.00 | 80.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX2306 | XXXXXX8370 | 839.55 |
| **Total Direct Deposit** | | | **839.55** |

**Important Notes**

14

## ICare Home Health LLC

ICare Home Health LLC
(201) 529-1438

Pay Period: From 10/16/2021 to 10/22/2021
Pay Date: 10/29/2021      Voucher No. 17734

| Earnings | Department | Rate | Hours | Amount | YTDHrs | YTDAmt |
|---|---|---|---|---|---|---|
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,700.00 | 20,540.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,700.00 | 20,540.12 |
| HOURLY | 100 | 13.0000 | 9.50 | 123.50 | 1,700.00 | 20,540.12 |
| HOURLY | 100 | 13.0000 | 10.00 | 130.00 | 1,700.00 | 20,540.12 |
| HOURLY | 100 | 13.0000 | 0.50 | 6.50 | 1,700.00 | 20,540.12 |
| HOURLY-OT | 100 | 19.5000 | 9.50 | 185.25 | 1,234.75 | 22,416.63 |
| HOURLY-OT | 100 | 19.5000 | 10.00 | 195.00 | 1,234.75 | 22,416.63 |
| HOURLY-OT | 100 | 19.5000 | 8.25 | 160.88 | 1,234.75 | 22,416.63 |
| OLD-HOU-OT | 100 | 13.0000 | 2.00 | 26.00 | 2.00 | 26.00 |
| **Total Gross Pay** | | | 69.75 | $1,087.13 | 2,936.75 | $44,131.50 |

| Taxes | Exemptions | Addl. | Amount | Year-To-Date |
|---|---|---|---|---|
| Social Sec. | | | 67.40 | 2,736.19 |
| Medicare | | | 15.76 | 639.86 |
| Federal | Single - 2 | | 104.31 | 3,859.55 |
| PA State | Single - 0 | | 33.37 | 1,354.83 |
| PN Local | Single - 0 | | 37.49 | 1,537.20 |
| PA SUI EE | | | 0.65 | 26.46 |
| **Total Taxes** | | | 258.98 | 10,154.09 |

**Net Pay**                $828.15

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| PTO | 80.00 | 0.00 | 0.00 | 80.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | XXXXX2306 | XXXXXX8370 | 828.15 |
| **Total Direct Deposit** | | | 828.15 |

15