| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Qynesha** First Name | **S.** Middle Name | **Tolbert** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | **21-12992AMC13** | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt   04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**205 Main Street, Darby, PA 19023 Residence Eppraisal FMV ($107,763) less 20% liquidation cost = Debtor's interest. Parcel: 14000173000**<br>Line from *Schedule A/B*: **1.1** | $86,210.40 | ☑ $9,042.18<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description:<br>**Various used pieces of furniture, furnishings, appliances, linens, and other similar items.**<br>Line from *Schedule A/B*: **6** | $788.00 | ☑ $788.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1  **Qynesha S. Tolbert**  Case number (if known) __21-12992AMC13__

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Various used televisions, mobile devices, and computers.** Line from *Schedule A/B*: 7 | $78.00 | ☑ $78.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Various used articles of clothing, shoes, and accessories.** Line from *Schedule A/B*: 11 | $489.00 | ☑ $489.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Various used pieces of jewelry.** Line from *Schedule A/B*: 12 | $280.00 | ☑ $280.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: **Franklin Mint Fed. Credit Union (Account #XXXXXXX007)** Line from *Schedule A/B*: 17.2 | $5,245.61 | ☑ $5,245.61<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Franklin Mint Fed. Credit Union (Account #XXXXXXX500)** Line from *Schedule A/B*: 17.3 | $0.03 | ☑ $0.03<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Franklin Mint Fed. Credit Union (Account #XXXXXXX600)** Line from *Schedule A/B*: 17.4 | $0.38 | ☑ $0.38<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Franklin Mint Fed. Credit Union (Account #XXXXXXX681)** Line from *Schedule A/B*: 17.5 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Franklin Mint Fed. Credit Union (Account #XXXXXXX370)** Line from *Schedule A/B*: 17.1 | $194.34 | ☑ $194.34<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Estimated Fed. Tax Refund** Line from *Schedule A/B*: 28 | $4,825.00 | ☑ $4,825.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |