United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 21-12992-amc

Qynesha S. Tolbert      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: May 03, 2022      Form ID: 155      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Qynesha S. Tolbert, 205 Main Street, Darby, PA 19023-2619 |
| 14649232 | + | Capital Bank N.A., 2275 Research Blvd., Ste 600, Rockville, MD 20850-6238 |
| 14649233 | + | Cibik Law P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14649237 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14649238 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14649241 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14649243 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14648663 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14649248 | + | Scott & Assoc., 6 Kacey Ct Ste 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14649231 | + | Email/Text: aargon@ebn.phinsolutions.com | May 03 2022 23:54:00 | Aargon Agency Inc., 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 14649234 | | Email/Text: megan.harper@phila.gov | May 03 2022 23:54:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14649235 | | Email/Text: megan.harper@phila.gov | May 03 2022 23:54:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14649236 | + | Email/Text: bankruptcy@philapark.org | May 03 2022 23:54:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14649237 | ^ | MEBN | May 03 2022 23:52:02 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14649238 | ^ | MEBN | May 03 2022 23:52:04 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14649239 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2022 23:54:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14649240 | | Email/Text: ClaimsHelp@Mohela.com | May 03 2022 23:54:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14648905 | | Email/Text: ClaimsHelp@Mohela.com | May 03 2022 23:54:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14649244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2022 00:00:14 | Portfolio Recovery Assoc. LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14660965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2022 00:00:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14649245 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2022 00:00:09 | PYOD LLC, c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |

| | | | | |
|---|---|---|---|---|
| 14649246 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2022 00:00:14 | PYOD LLC, Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14648646 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2022 00:00:09 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14649242 | + | Email/Text: bankruptcy@philapark.org | May 03 2022 23:54:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14649247 | + | Email/Text: bankruptcyteam@quickenloans.com | May 03 2022 23:54:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14652553 | + | Email/Text: bankruptcyteam@quickenloans.com | May 03 2022 23:54:00 | Rocket Mortgage, LLC f/k/a Quicken Loans at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14648107 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2022 00:00:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14649249 | | Email/Text: DASPUBREC@transunion.com | May 03 2022 23:54:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14649250 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 03 2022 23:54:00 | US Bank, 800 Nicollet Mall, Minneapolis, MN 55402 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Qynesha S. Tolbert mail@cibiklaw.com |
| MICHAEL I. ASSAD | on behalf of Debtor Qynesha S. Tolbert mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 03, 2022 | Form ID: 155 | Total Noticed: 27 |

rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Qynesha S. Tolbert
      Debtor(s)                                    Chapter: 13

                                                           Bankruptcy No: 21−12992−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 3, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Ashely M. Chan
                                                           Judge ,
                                                           United States Bankruptcy Court