## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Qynesha S. Tolbert,<br><br>Debtor. | Case No. 21-12992-amc<br><br>Chapter 13 |

**Order Granting Debtor's Amended
Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Amended Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The amended modified plan filed as ECF No. 45 is **APPROVED**.

Date:
**Date: December 13, 2022**

Ashely M. Chan
U.S. Bankruptcy Judge