**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Qynesha S. Tolbert,<br><br>Debtor. | Case No. 21-12992-amc<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The modified plan filed as ECF No. 51 is **APPROVED**.

**Date: January 24, 2023**

_____
Ashely M. Chan
U.S. Bankruptcy Judge