**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :        CHAPTER 13
Qynesha S. Tolbert

      DEBTOR               :        BKY. NO.  21-12992AMC13

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cibik, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

      Respectfully Submitted,

Date:  February 3, 2023            /s/ Michael A. Cibik
      MICHAEL A. CIBIK, ESQUIRE
      CIBIK LAW, P.C.
      1500 WALNUT STREET, STE. 900
      PHILADELPHIA, PA  19102
      (215) 735-1060