# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Qynesha S. Tolbert             :        Chapter 13

DEBTOR                                  :        Bankruptcy No.   21-12992-amc

## ORDER

    AND NOW, this _____ day of _____, 20____ upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

    It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$900.00** is **ALLOWED** to Cibik Law, P.C.   The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

By the Court:

**Date: February 6, 2023**                _____

Hon. Ashely M. Chan
U.S. Bankruptcy Judge