# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Qynesha S. Tolbert<br>　　　　　Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　　Movant<br>　　vs.<br><br>Qynesha S. Tolbert<br>　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 21-12992 AMC<br><br><br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 22nd day of August, 2023 at Philadelphia, upon upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on June 28, 2023 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

ASHELY M. CHAN,
United States Bankruptcy Judge.

cc: See attached service list