### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Qynesha S. Tolbert<br>     Debtor(s) | Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>     Moving Party<br>     vs. | NO. 21-12992 AMC |
| Qynesha S. Tolbert<br>     Debtor(s) | 11 U.S.C. Section 362 |
| and Kenneth E. West<br>     Trustee | |

## CERTIFICATION OF DEFAULT

I, Mark A. Cronin, Esquire, attorney for Moving Party, certify that Debtor(s) have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated December 14, 2023, was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

January 11, 2024

/s/ Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mcronin@kmllawgroup.com