**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE– 5000**
**PHILADELPHIA, PA 19106**
www.kmllawgroup.com

December 14, 2023

Michael I. Assad, Esq.
Cibik Law, P.C.
1500 Walnut St, Ste 900
Philadelphia, PA 19102

Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

RE:    **NOTICE OF DEFAULT UNDER COURT-APPROVED STIPULATION**
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. vs. Qynesha S. Tolbert
Case No. 21-12992 AMC
Last 4 Digits of Loan No. 5004

Dear Sir or Madam:

Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Regular mortgage payments for the months of September 2023 through November 2023, in the amount of $1,053.65 per month;
- Regular mortgage payment for the month of December 2023, in the amount of $1,060.12;

**The total due is $4,221.07 and must be received on or before December 29, 2023.**

- The monthly payment for January 2024, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

> KML Law Group, P.C.
> /s/ Mark A. Cronin
> Mark A. Cronin, Esq.
> KML Law Group P.C.
> BNY Mellon Independence Center
> 701 Market Street, Suite 5000
> Philadelphia, PA 19106
> 215-627-1322

cc:    Qynesha S. Tolbert