# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Qynesha S. Tolbert <br> _____Debtor(s)_____ | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, <br> LLC f/k/a Quicken Loans Inc. <br> _____Moving Party_____ <br>       vs. | NO. 21-12992 AMC |
| Qynesha S. Tolbert <br> _____Debtor(s)_____ | |
| Kenneth E. West <br> _____Trustee_____ | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on **January 11, 2024**, a copy of the Certification of Default, and proposed Order of Court, filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

Michael I. Assad, Esq.
Cibik Law, P.C.
1500 Walnut St, Ste 900
Philadelphia, PA 19102

Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Qynesha S. Tolbert
205 Main Street
Darby, PA 19023

Method of Service:      Mail first class; Specify if other:

Date: January 11, 2024

/s/ Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mcronin@kmllawgroup.com