**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Qynesha S. Tolbert             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-12992 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                      Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
22 Feb 2024, 10:12:06, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322