United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Qynesha S. Tolbert  
    Debtor

Case No. 21-12992-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 17, 2025      Form ID: 138OBJ      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Qynesha S. Tolbert, 205 Main Street, Darby, PA 19023-2619 |
| 14649232 | + | Capital Bank N.A., 2275 Research Blvd., Ste 600, Rockville, MD 20850-6238 |
| 14649233 | + | Cibik Law P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14857804 | + | Lakeview Loan Servicing, LLC, c/o Mark A. Cronin, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14649241 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14649243 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14649247 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14652553 | + | Rocket Mortgage, LLC f/k/a Quicken Loans at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 18 2025 00:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14649231 | + | Email/Text: aargon@ebn.phinsolutions.com | Mar 18 2025 00:42:00 | Aargon Agency Inc., 8668 Spring Mountain Rd, Las Vegas, NV 89117-4119 |
| 14649234 | | Email/Text: megan.harper@phila.gov | Mar 18 2025 00:53:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14649235 | | Email/Text: megan.harper@phila.gov | Mar 18 2025 00:53:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14649236 | + | Email/Text: bankruptcy@philapark.org | Mar 18 2025 00:53:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14649237 | | Email/Text: bankruptcycourts@equifax.com | Mar 18 2025 00:41:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14649238 | ^ | MEBN | Mar 18 2025 00:33:07 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14649239 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2025 00:41:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14649240 | | Email/Text: EBN@Mohela.com | Mar 18 2025 00:41:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14648905 | | Email/Text: EBN@Mohela.com | Mar 18 2025 00:41:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| 14649244 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2025 01:03:50 | Portfolio Recovery Assoc. LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14660965 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2025 01:04:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14649245 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2025 01:04:14 | PYOD LLC, c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14649246 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2025 01:03:49 | PYOD LLC, Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14648646 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2025 01:04:04 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14649242 | + Email/Text: bankruptcy@philapark.org | Mar 18 2025 00:53:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14648663 | ^ MEBN | Mar 18 2025 00:33:07 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14648107 | ^ MEBN | Mar 18 2025 00:33:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14649249 | Email/Text: DASPUBREC@transunion.com | Mar 18 2025 00:41:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14649250 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 18 2025 00:42:00 | US Bank, 800 Nicollet Mall, Minneapolis, MN 55402 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14649248 | ##+ | Scott & Assoc., 6 Kacey Ct Ste 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:

**Name**     **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 17, 2025 | Form ID: 138OBJ | Total Noticed: 29 |

DENISE ELIZABETH CARLON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Qynesha S. Tolbert help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

Case 21-12992-amc    Doc 83    Filed 03/19/25    Entered 03/20/25 00:35:16    Desc Imaged
Certificate of Notice    Page 3 of 4

*Form 138OBJ* (6/24)−doc 82 − 81

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Qynesha S. Tolbert<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21−12992−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 17, 2025                                                                For The Court

                                                                                    Timothy B. McGrath
                                                                                    Clerk of Court